**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, as Administrative Agent and Collateral Agent,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF AUBREY K. McCLENDON, DECEASED, THOMAS J. BLALOCK, in his capacity as Personal Representative of the Estate of Aubrey K. McClendon, deceased, and KATHLEEN B. McCLENDON, in her capacity as Special Administrator of the Estate of Aubrey K. McClendon, deceased,<br><br>Defendants. | 17 Civ. 06688 (RWS) (JLC)<br><br>**Hon. Robert W. Sweet** |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-18

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by and among Plaintiff Wilmington Trust, National Association, as Administrative and Collateral Agent, and Defendants Thomas J. Blalock, in his capacity as Personal Representative of the Estate of Aubrey K. McClendon, and Kathleen B. McClendon, in her capacity as Special Administrator of the Estate of Aubrey K. McClendon,[1] that the above-captioned action is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and consistent with the terms of a settlement agreement among the parties.

So ordered
Sweet USDJ
9.11.18

---

[1] Defendant The Estate of Aubrey K. McClendon, Deceased was dismissed from this matter by opinion dated February 16, 2018 (Dkt. No. 44) and has not appeared in this matter.

Dated: September 10, 2018

LATHAM & WATKINS LLP

By: _____

Blair Connelly
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: blair.connelly@lw.com

*Counsel for Plaintiff Wilmington Trust, National Association, as Administrative Agent and Collateral Agent*

2

KAPLAN RICE LLP

By: _____

Howard J. Kaplan
Joseph A. Matteo
142 West 57th Street, Suite 4A
New York, New York 10019
Tel: (212) 235-0300
Fax: (212) 235-0301
Email: hkaplan@kaplanrice.com
       jmatteo@kaplanrice.com

*and*

McAFEE & TAFT
A PROFESSIONAL CORPORATION
N. Martin Stringer
Spencer F. Smith
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Tel: (405) 235-9621
Fax: (405) 235-0439
Email: martin.stringer@mcafeetaft.com
       spencer.smith@mcafeetaft.com

*Counsel for Thomas J. Blalock, in his Capacity as Personal Representative of the Estate of Aubrey K. McClendon, Deceased*

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ James V. Masella

James V. Masella, III
Matthew E. Funk
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
Email: jmasella@pbwt.com

*and*

CONNER & WINTERS, LLP
Jared D. Giddens
Bryan J. Wells
J. Dillon Curran
1700 One Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma 73102
Tel: (405) 272-5711
Fax: (405) 232-2695
Email: jgiddens@cwlaw.com
       bwells@cwlaw.com
       dcurran@cwlaw.com

*Counsel for Kathleen B. McClendon, in her capacity as Special Administrator of the Estate of Aubrey K. McClendon, Deceased*

